## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHAEL R. CHUBB | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 17-03220-SAC |
| | ) | |
| TIM KECK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS
## OR FOR SUMMARY JUDGMENT

On May 31, 2019, the Court directed service of process on Haleigh Bennett, Marshall Newell, Jeff Brown, Tony Schwabauer, Gerry Dirks, Heather Keller, Kevin Stegman and Christina Rose (the "Defendants"). *See* ECF 017. It also required Larned State Hospital to provide a "*Martinez* report" concerning some of the allegations in the Amended Complaint.[1]

Larned State Hospital filed its *Martinez* report with the Court and served a copy on counsel for the Defendants and Plaintiff on September 16, 2019. ECF 032.

The Defendants now move the Court to dismiss Plaintiff's claims under Fed. R. Civ. P. 12(b)(6) or, alternatively, to grant the Defendants summary judgment against Plaintiff's claims under Fed. R. Civ. 56.

A "Memorandum in Support of Motion to Dismiss or for Summary Judgment" is filed contemporaneously this motion and is incorporated by reference.

---

[1] It directed that the Defendants' answers shall be filed within 60 days following receipt of the *Martinez* report. ECF 017 at 8.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-6244
Fax: (785) 291-3767
Email:  art.chalmers@ag.ks.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of November, 2019, I electronically filed

the above and foregoing with the Clerk of the Court using the Court's Electronic

Filing System and a copy was served on the same date by regular United States

mail, postage prepaid, to:

Michael R. Chubb
1301 KS Hwy. 264
Larned, KS 67550

s/ Arthur S. Chalmers
Arthur S. Chalmers

- 2 -