# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**MICHAEL R. CHUBB,**

        **Plaintiff,**

**v.**                                              **Case No. 17-3220-SAC**

**TIM KECK, et al.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment is granted.

Entered on the docket 09/23/20

**Dated:  September 23, 2020**          **TIMOTHY M. O'BRIEN**
                                                    **CLERK OF THE DISTRICT COURT**

                                                      **s/S. Nielsen-Davis**
                                                      **Deputy Clerk**